NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3101

PAMELA R. CAHILL,

Petitioner,

v.

DEPARTMENT OF DEFENSE,

Respondent.

Petition for review of the Merit Systems Protection Board
in consolidated case nos. PH315H090360-I-1 and PH0752070430-C-2.

ON MOTION

## O R D E R

Pamela R. Cahill moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 3 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Pamela R. Cahill
        Jeanne E. Davidson, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 1 2010

JAN HORBALY
CLERK